LILY W. SMITH, Respondent, v. JOSEPH S. SMITH, Appellant.— Order

reversed and motion denied. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.